AO 442 (Rev. 4/97) Warrant for Arr

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

KURT WALTER

WARRANT FOR ARREST

Case Number: 2003 m 0454 RBC - 02

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Kurt Walter__
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ INDICTMENT ☐ INFORMATION ☒ COMPLAINT ☐ ORDER OF COURT ☐ VIOLATION OF NOTICE ☐ PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

**Conspiracy to possess with intent to distribute and to distribute marijuana**

in violation of Title __21__ United States Code, Section(s) __846__.

**Robert B. Collings**
Name of Issuing Officer

_/s/_
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

North Reading
Boston, MA;  November 14, 2003
Date and Location

Bail fixed at $ _____  BY _____

### RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT
AT _____

WARRANT EXECUTED BY
ARREST/ARRAIGNMENT OF
DEFENDANT ON 12/03/03

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

THE FC    OWING IS FURNISHED FOR INFORMA    ON ONLY:

DEFENDANT'S NAME: _____ Kurt Walter _____

ALIAS: _____ Cort _____

LAST KNOWN RESIDENCE: _____ 30 Gardner Road, Brookline, MA _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____ 1965 _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____ M _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____